# UNITED STATES DISTRICT COURT
for the

District of

Division

Quandrae Deshawn Harris-Streeter Jr )
                     *Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

                     -v-

(See attachment One)
                     *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.    3:25-cv-967 HZ
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Dyandrae D Harris Streeter Jr
   All other names by which you have been known:
   ID Number: #2400428
   Current Institution: Washington County Jail
   Address: 215 SW Adams MS35
   Hillsboro          OR          97123
   City              State        Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Sheriff Caprice Massey
      Job or Title (if known): WCSO Sheriff (current)
      Shield Number:
      Employer:
      Address: 215 SW Adams MS35
      Hillsboro          OR          97123
      City              State        Zip Code
      ☒ Individual capacity    ☐ Official capacity

   Defendant No. 2
      Name: Sheriff Pat Garrett
      Job or Title (if known): WCSO Sheriff (past)
      Shield Number:
      Employer:
      Address: 215 SW Adams MS35
      Hillsboro          OR          97123
      City              State        Zip Code
      ☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: **Deputy Mintier**
Job or Title *(if known)*:
Shield Number:
Employer: **WCSO**
Address: **215 SW Adams MS 35**
**Hillsboro**    **OR**    **97123**
City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name: **John & Jane doe 1-10**
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**4 const Amendment, False arrest & Negligence**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_N/A_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

7/6/22 - 6/8/23

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See Attachment #2)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Minor back injuries, ongoing pain, Anxiety/Depression/PTSD

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(See Attachment #3)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

My "1983" issue has something to do with false arrest, No in Jail issue.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

The attorney I was being advised by filed a tort claim on my behalf.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __N/A__
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __N/A__

3. Docket or index number
   __N/A__

4. Name of Judge assigned to your case
   __N/A__

5. Approximate date of filing lawsuit
   __N/A__

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)     N/A

    Defendant(s)    

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-2-25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Quandrae Harris Streeter
Prison Identification #: 24004285
Prison Address: 215 SW Adams MS35
Hillsboro, OR 97123

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Attachment #1
Washington County Sheriff Department
Sheriff Pat Garrett (former)
Sheriff Caprice Massey (Current)
WCSO Deputy Mintier
WCSO Deputies John Doe 1-5
WCSO Deputies Jane Doe 1-5
John Doe 6-10
Jane Doe 6-10

(Attachment #2)

On 7/6/2022 Defendant Miniter falsely arrested plaintiff causing him to be lodged and held in the Washington County Jail for two months, and almost one year later before the case was dismissed.

Defendant Deputy Miniter responded to a call of a suspicious person with a possible gun. The suspicious person threw the gun and fled in a vehicle. On a later date Deputy Miniter spotted a simular vehicle near plaintiff's residence. Deputy Miniter had the name and description of the suspect he was looking for. Plaintiff does not fit the description.

Deputy Miniter hid in the bushes with partner at which time they turned off body worn cameras, that were previously on up to this point.[1] Deputy Miniter waited for plaintiff to exit residence, at which point he started calling unknow name.

Plaintiff went back into residence. Deputy Miniter continued to call out unknown name then enter plaintiff's residence without knocking or a warrant, violating plaintiff's Fourth Amendment, The right to be secure in their persons or house against unreasonable seizures. Deputy Miniter took plaintiff into custody causing minor back injuries.

Plaintiff was placed into a police car. Plaintiff was able to hear Deputies outside police car stating, he was not the

---

[1] Violation of ORS 135.741 and WCSO Policies

Page 1 of 2

suspect they were looking for. Deputy Miniter then falsified police report and transported Plaintiff to Washington County Jail.

Plaintiff through his attorney provided security video from Plaintiff's residence showing the arrest, from when Deputy Miniter and Partner turned off body worn cameras. The District Attorney dismissed the case. Plaintiff was not the suspect Deputy Miniter was after.

Page 2 of 2

# Attachment #3

- Demand A Jury Trial.
- Declaration of defendants violating my constitutional rights.
- Judgment in favor of Harris-Streeter against defendants.
- General & compensatory damages in an amount of at least: $426,816.51
- For special damages in an amount according to proof;
- For exemplary and punitive damages against each individual defendant.
- For an award of economic damages for Plaintiffs past and future medical and mental health expenses in an amount to be determined;
- For reasonable attorney fees and costs incurred in bringing this case
- For prevailing party fees and disbursements; And
- For such other and further relief as this court finds just, equitable, And Appropriate.